THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.                                             Case No.  18-cr-123

VELASCO BARRERA, Pablo Miguel, et al.

Defendant.

REPLY TO UNITED STATES OPPOSITION TO DEFENDANTS' POSITION ON
OBJECTIONS TO U.S. TRIAL EXHIBITS

COME NOW the Defendants, Pablo Miguel Velasco Barrera ("Barrera") and Ronald

Herrera Contreras, by and through their undersigned counsel, and file this as their Reply to the

United States Opposition (#941) to Defendants' Joint Motion regarding Procedure to Make

Evidentiary Objections, and in support hereof, state as follows:

1.  On July 23, 2021, the Defendants complied with this Court's April 28, 2021 scheduling

order ("Order") (#856) when they filed their general objections (#944)  to early disclosure of

particularized objections to the United States Exhibits;

2.  On July 23, 2021, the Defendants also complied with this Court's Order when they

timely filed, on an ex parte basis with this Court's chambers, their particularized objections to the

United States Exhibits.

3.  By agreeing to the Order, Barrera and the other Defendants never agreed to relinquish

their constitutional rights to due process and a fair trial.

4.  Included in the Defendants' constitutional rights to due process and a fair trial, are trial

rights which include, *inter alia*, confrontation rights under the 6th Amendment to the U.S.

Constitution.  Specifically, evidentiary objections, such as those at issue in the matter before this

Court, are fundamental trial rights protected under the U.S. Constitution.

1

5.  In Withrow v. Williams, 507 U.S. 680 (1993), the U.S. Supreme Court described trial

rights as follows:

> [In Kimmelman v. Morrison, 477 U.S. 365 (1986)], [w]e
> explained that unlike the Fourth Amendment, which
> confers no "trial right," the Sixth confers a
> "fundamental right" on criminal defendants, one
> that "assures the fairness, and thus the legitimacy, of our
> adversary process." 507 U. S., at 688.

See also, United States v. Verdugo-Urquidez, 494 U. S. 259, 264 (1990) (regarding the 5th

Amendment privilege against self-incrimination, Miranda safeguards "a fundamental trial right");

Kimmelman, Id, at 377 (the right to effective assistance of counsel is a personal trial right).

6.  In accordance with the U.S. Supreme Court jurisprudence briefly set forth above, the

Defendants submit that the nature of the requested objections address fundamental trial rights which

are better addressed by this Court in context during trial in this matter.

WHEREFORE, for all of the foregoing reasons, Defendant Barrera respectfully requests

that this Court permit the Defendants to assert their objections to United States evidentiary exhibits

at trial.

Respectfully submitted,
Pablo Miguel Velasco Barrera
By Counsel

_____/s/_____
PAUL P. VANGELLOW, ESQ.
VSB#23488
Paul P. Vangellow, P.C.
Attorney for Pablo Miguel Velasco Barrera
6109A Arlington Blvd.
Falls Church, VA  22044
(703) 241-0506
fx: (703) 241-0886
pvangellow@gmail.com

_____/s/_____
Harry A. Dennis, ESQ.
Virginia State Bar No. 40888
Attorney for the Pablo Miguel Velasco Barrera
Dennis, Stewart, & Krischer, PLLC
2045 N 15th St. Ste. 200
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-524-5283
Email: hdennis@dskvalaw.com


RONALD HERRERA CONTRERAS
By Counsel


THE LAW OFFICE OF LANA MANITTA, PLLC

By:  _____/s/_____                      .
Lana Manitta, VSB #42994
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428   FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Herrera Contreras




GOWEN RHOADES WINOGRAD & SILVA, PLLC

By: _____/s/_____                      .
Jesse Isaac Winograd, VSB#79778
523 Capital Court NE, Suite 100
Washington, DC 20002
(202) 380-9355   FAX (202) 499-1370
jwinograd@gowensilva.com
Counsel for Defendant Herrera Contreras

CERTIFICATE OF SERVICE

This is to certify that on the 27th day of July 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Date: July 27, 2021                    _____/s/_____
                                       Paul P. Vangellow, Esq.
                                       VSB#23488
                                       Paul P. Vangellow, PC
                                       Attorney Pablo Miguel Velasco Barrera
                                       6109A Arlington Blvd.
                                       Falls Church, VA  22044
                                       (703) 241-0506
                                       fx: (703) 241-0886
                                       pvangellow@gmail.com